No. 99–9774.  HART *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 99–9776.  GROGAN *v.* MORGAN, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 99–9777.  DUNCAN *v.* GREINER, SUPERINTENDENT, SING SING CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 99–9778.  GYADU *v.* CONNECTICUT WORKERS' COMPENSATION COMMISSION.  App. Ct. Conn.  Certiorari denied.

No. 99–9779.  DEEMER *v.* GOYNES-CLARK ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 99–9780.  FIELDS *v.* WALTER.  C. A. 6th Cir.  Certiorari denied.

No. 99–9781.  RAYESS *v.* UNIVERSITY OF CINCINNATI.  C. A. 6th Cir.  Certiorari denied.

No. 99–9782.  ROBERSON *v.* HOUSING AUTHORITY OF BALTIMORE CITY.  Cir. Ct. Baltimore City, Md.  Certiorari denied.

No. 99–9783.  SILVELS *v.* PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 99–9784.  SMITH *v.* YUKINS, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 99–9788.  WALLEN *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 99–9789.  THRASHER *v.* APFEL, COMMISSIONER OF SOCIAL SECURITY.  C. A. 11th Cir.  Certiorari denied.

No. 99–9793.  MOYNIHAN *v.* OKLAHOMA.  Ct. Crim. App. Okla. Certiorari denied.

No. 99–9794.  FRAZIER *v.* PENITENTIARY OF NEW MEXICO MAIN FACILITY ET AL.  Ct. App. N. M.  Certiorari denied.

No. 99–9795.  HENDERSON *v.* PURKETT, SUPERINTENDENT, FARMINGTON CORRECTIONAL CENTER.  C. A. 8th Cir.  Certiorari denied.